Hand-Delivered

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

FILED
CHARLOTTE, NC

MAR 1 3 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
for the
District of

Division

Case No. 1:25-cv-78-MR
*(to be filled in by the Clerk's Office)*

Chapmans

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Wells Fargo Bank/

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes ☑ No
☐

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non−Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tonya Chapman
   Address: po box 614 caroleen
   City: CAROLEEN  State: NC  Zip Code: 28019
   County:
   Telephone Number: 828-305-0479
   E-Mail Address: tonyachapman2014@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Wells Fargo
   Job or Title (if known): company
   Address: 330 W Main st forest city 28043
   State: NC
   City:  State:  Zip Code:
   County:
   Telephone Number: 828-247-0785
   E-Mail Address (if known):

   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Address:
   City:  State:  Zip Code:

County  
Telephone Number  
E-Mail Address *(if known)*  

☐ Individual capacity ☐ Official capacity

Defendant No. 3  
    Name  
    Job or Title *(if known)*  
    Address  

        City        State        Zip Code

    County  
    Telephone Number  
    E-Mail Address *(if known)*  

☐ Individual capacity ☐ Official capacity

Defendant No. 4  
    Name  
    Job or Title *(if known)*  
    Address  

        City        State        Zip Code

    County  
    Telephone Number  
    E-Mail Address *(if known)*  

☐ Individual capacity ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.     Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

    See attached document.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

    Claims of fiduciary negligence/ Negligence. Plaintiff seeks damages of 548,000. five hundred forty eight thousand dollars.

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal officials?

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Wells Fargo Bank  Forest city north carolina

_____

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 26, 2024. Bankers refuse a request of a document

_____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* SEE ATTACHED DOCUMENT

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/13/25

Signature of Plaintiff

Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm  _____

Address  _____

_____
*City*    *State*    *Zip Code*

Telephone Number  _____

E-mail Address  _____

Tonya T Chapman
PO Box 614
<tonyachapman2014@gmail.com>
828-305-0479

March 13, 2025

Consumer Financial
Protection Bureau
Washington DC 20552

Complaint ID: 241219: 1753860

I ve recently provided the CFPB with a complaint letter dated Dec 12 2024. Requesting a full investing of the incident that occurred on Nov 26, 2024 at Well Fargo bank in forest city NC. On Dec 28, 2024, Executive office Well Fargo contacted me without providing information that was requested in the letter or complaint provided.

Now providing a second complaint with more detail of the visit to the branches.

Reason for visiting the local branch in forest city NC on Nov 26, 2024

Prior to my visit I received a phone call from social security. The officer that contacted me scheduled an appointment with me to receive information and to obtain a deposit slip with account and routing number for an overpayment.

The only banker assisting customers at the time of arrival was Ms kim. Approaching the counter when asked. She said something. But not sure, she was eating something,

Inserting my card and quickly requesting a deposit slip for my account. She took some time before informing me that the request was not available. She asked, "Why did I need a deposit slip?" I told her it was for a social security deposit. Then she asked if it was for an employer. I stated no. Ms Kim then called over co worker Ms Racheal to view my account. After watching the two bankers talk. Ms Kim called over the manager of the bank. Ms Kim asked me to be seated and told me the manager could assist me better, because she can see everything on her desk screen of the computer better.

As the banker and manager talked. I waited in the lobby chair with another customer. The manager called me over and apologized to the waiting customer.

The manager asked me to insert my card. After waiting she looked very puzzled. Then said no, then yelled over to Ms kim and said , I don't see it either. Then she asked me who the deposit slip was for, and said this account needs two IDs. And asked me how old my daughter Shayla was. I

told her. The humiliation that I experienced in this bank was totally mind blowing. Especially since I have been banking with WellFargo since 2010. I would like to know why I was treated in such a manner. Of which continues. This is a fiduciay negligence caused by Wells Fargo.

After walking out of Well Fargo. I walked over to the atm and withdrew the last of my money. I phoned Wells Fargo when arriving home that afternoon.I explained what happened at the local branch early. He read off my account number and routing number. And informed me to return to the bank or another well fargo branch immediately, but all locations were closed and my appointment was for 9am the next day.

Arriving at my scheduling appointment with the Social Security office on the 27 of Nov the trying to use some mail from Well Fargo with my account number but he refused the documents.Explaining that the bankers refused to honor my request. They quickly informed me that the office would have to schedule another date for the information.The officer then presented me with a document for the bank,and informed me that my appointment would be mailed to me. After leaving the social security office, I arrived at the Wells Fargo bank in Shelby NC. On arrival, there were three bankers at the counter.I informed the assisting banker what I needed. We proceed over to her desk. Inserting my card and handing over the document from the social security office. Explaining my visit with the local branch.She apologized then left to retrieve the information. She returns with a printed document and deposit slips with account and routing number highlighted.

Dropping off the docoments at the social security office. Only to find out the two documents from the shelby well fargo where the wrong papers. I was contracted the last few days of December about the second mix up by the bank.

PLEASE READ EXHIBIT (1) THIS WAS THE PAPER I HANDED TO THE BANKER IN SHELBY WELL FARGO

The Executive office of well fargo informed me that they would call me when the social security deposit the funds, but as of the phone call on Dec 28 2024.

EXHIBIT (2)
Letter from the social security office of all payments and are sent in the mail.
Payments did not start until the end of December 29, 2024.

EXHIBIT (3)
Letter from Well Fargo refusing to resolve the matter and closing the close.

EXHIBIT(4) This matter is now filed in the courts

Now compelled to escalate the matter to the CFPB attention again in the hope of a full investigation into the incident mentioned above.

Thank you for your attention to this matter. I look forward to hearing from you soon.

Consumer Financial Protection Bureau

PO Box 27170
Washington, Dc 20038



December 19, 2024

RL-0002891120

TONYA CHAPMAN
PO BOX 614
CAROLEEN NORTH CAROLINA  28019

# Your complaint has been sent to the company.

Dear Tonya Chapman,

We have received your complaint and sent it to the company for a response.

We will let you know when the company responds. The response should include the steps they took, or will take, in response to your complaint.

You should receive a status update within the next **15 days.**

**COMPLAINT ID**

## 241219-17534860

**SUBMITTED ON**
2024-12-19T13:03:20-05:00
**PRODUCT**
Checking or savings account
**ISSUE**
Managing an account

**What happens next?**
Here's what will happen during the next 15 to 60 days:

Companies generally respond within 15 days. The company may contact you directly to confirm information provided in your complaint before it responds. In some cases, the company will let you know their response is in progress and will provide a final response within 60 days.

You can keep up to date by calling us at (855) 411-2372.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-2372
TTY/TDD: (855) 729-CFPB | (855) 729-2372

The Consumer Financial Protection Bureau (CFPB) received your complaint or inquiry. The information you provided or was provided by a referral from another government agency on your behalf will permit the CFPB to respond to your complaint or inquiry about companies and services that we supervise. Information about your complaint or inquiry (including your personally identifiable information) may be shared with: the entity that is the subject of your complaint; third parties as necessary to get information relevant to resolving a complaint; a court, a party in litigation, a magistrate, an adjudicative body or administrative tribunal in the course of a proceeding, or the Department of Justice; internal CFPB parties or other federal or state agencies or regulatory authorities for enforcement and statutory purposes; and with contractors, agents, and other authorized by the CFPB to receive this information. We may also share your complaint or inquiry (but not your personally identifiable information) with the public through a public complaint database.

The collection and use of this information is authorized by 12 U.S.C § 5493 and will be treated in accordance with the System of Records Notice (SORN), CFPB.005 – Consumer Response System, 83 FR 32640.

Submitting a complaint is voluntary. Government agencies can refer complaints automatically to the CFPB as authorized by law. You are not required to share any identifying information; however, if you do not include the requested information, the CFPB may not be able to process your complaint. If you have questions about the status of your complaint or want to withdraw your complaint, call (855) 411-2372.

QUICK LINKS

*More about our complaint process: consumerfinance.gov/complaint/ or call (855) 411-2372*

*For legal assistance visit the Legal Services Corporation website: lsc.gov*

*Additional financial information and resources: consumerfinance.gov*



December 19, 2024

RL-0002891121

TONYA CHAPMAN
PO BOX 614
CAROLEEN NORTH CAROLINA  28019

# We've received your complaint.

Dear Tonya Chapman,

We'll send you updates about your complaint along the way. Keep this letter and your complaint number so you'll be able to track your complaint throughout the complaint process.

**COMPLAINT ID**
## 241219-17534860
**SUBMITTED ON**
2024-12-19T13:03:20-05:00
**PRODUCT**
Checking or savings account
**ISSUE**
Managing an account

**What's next for your complaint**
*Here's what will happen during the next 15 to 60 days:*

**Review and route**
We'll forward your complaint and any documents you provide to the company for response. If we find that another government agency would be better able to assist, we will forward your complaint to them and let you know. If needed, we may request additional information from you to make sure the complaint is routed correctly.

**Company response**
The company reviews your complaint, communicates with you as needed, and reports back about the steps taken or that will be taken on the issue you identify in your complaint.

Case 1:25-cv-00078-MR-WCM     Document 1     Filed 03/13/25     Page 13 of 14

Companies generally respond within 15 days. The company may contact you directly to confirm information provided in your complaint before it responds. In some cases, the company will let you know their response is in progress and will provide a final response within 60 days.

**Consumer review**
We will let you know when the company responds. You'll be able to review the company's response and will have 60 days to provide feedback about the company's response.

Thank you,

Consumer Financial Protection Bureau
consumerfinance.gov
(855) 411-2372
TTY/TDD: (855) 729-CFPB | (855) 729-2372

*Let others know what happened...* We publish information about your complaint – such as the subject and date of the complaint – on our public Consumer Complaint Database. With your consent we also publish your description of what happened, after taking steps to remove personal information. We respect your privacy and value your participation in the complaint process!

The information you provided will permit the Consumer Financial Protection Bureau (CFPB) to respond to your complaint or inquiry about companies and services we supervise. Information about your complaint or inquiry (including your personally identifiable information) may be shared: with the entity that is the subject of your complaint; with third parties as necessary to get information relevant to resolving a complaint; with a court, a party in litigation, a magistrate, an adjudicative body or administrative tribunal in the course of a proceeding, or the Department of Justice; with other federal or state agencies or regulatory authorities for enforcement and statutory purposes; and with contractors, agents, and others authorized by the CFPB to receive this information. We may also share your complaint or inquiry (but not your personally identifiable information) with the public through a public complaint database. This collection of information is authorized by 12 U.S.C. § 5493. You are not required to submit a complaint or share any identifying information, including your Social Security number, and you may withdraw your complaint at any time. However, if you did not include the requested information, the CFPB may not be able to act on your complaint.

QUICK LINKS
*More about our complaint process: consumerfinance.gov/complaint/ or call (855) 411-2372*
*For legal assistance visit the Legal Services Corporation website: lsc.gov*
*Additional financial information and resources: consumerfinance.gov*

RL_SUB_1_0_EN_Submission_Received